| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:97CR00061-001 (JJF) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR05 090 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Luis Bolivar Espinal | Delaware | GERSHON, J |
| | NAME OF SENTENCING JUDGE | MANN, M.J. |
| Brooklyn, NY 11211 | Joseph J. Longobardi | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM: July 10, 2003 — TO: July 9, 2008 |

| OFFENSE |
|---|
| Conspiracy to Distribute Cocaine |

REDACTED

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 04 2005
BROOKLYN OFFICE

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-22-04
Date

*/s/ Joseph J. Farnan*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-22-05
Effective Date

*/s/ Nina Gershon*
United States District Judge

A TRUE COPY ATTEST
2-28-05
BY: [signature] DEPUTY CLERK

FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE
2005 MAR -4 PM 4:15
Scanned