OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 29, 2005

Robert C. Heinemann
Clerk of Court
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 0 1 2005 ★

BROOKLYN OFFICE

RE:  **U.S.A. v. Luis Bolivar Espinal**
     **Criminal Action No. 97-61-01-JJF**

Dear Mr. Heinemann,

Pursuant to the transfer of jurisdiction order (certified copy attached) regarding U.S.A. v. Luis Bolivar Espinal, enclosed please find a certified copy of the docket together with certified copies of the indictment and judgment in the above case.

Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: /s/ Anita Bolton
Anita Bolton
Deputy Clerk

2005 APR 14 AM 8:51
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
(Scanned)

cc: U.S. Probation
    Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

_____         _____
**Date**                              **Signature**